E-FILED
Wednesday, 07 November, 2018  08:54:56 AM
Clerk, U.S. District Court, ILCD

FILED

NOV 0 6 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

UNITED STATES OF AMERICA,  )
)
Plaintiff,  )
)
vs.  )          Case No. 18-CR-200 52-01
)
RYAN L. CORNELL,  )          Title 21, United States Code,
)          Section 841(a)(1) and (b)(1)(B)(viii).
Defendant.  )

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about July 2, 2018, in Macon County, in the Central District of Illinois,

**RYAN L. CORNELL,**

the defendant herein, knowingly and intentionally possessed with the intent to

distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

A TRUE BILL.
s/FOREPERSON

FOREPERSON

s/GREGORY HARRIS

JOHN C. MILHISER
United States Attorney
RER