UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYAN CORNELL,<br><br>　　　　Defendant. | No. 18-20052-JES-EIL |

## MOTION TO WITHDRAW AS COUNSEL

Assistant Federal Public Defender Johanes Maliza hereby moves this Court for entry of an Order granting him and the Office of the Federal Public Defender for the Central District of Illinois leave to withdraw as Defendant's appointed counsel of record in the above-entitled case. As grounds for this motion, counsel states that the Federal Public Defender has a direct and irreconcilable conflict of interest that precludes continued representation of the Defendant in this case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

February 25, 2019　　　　　　　　　　RYAN CORNELL,

　　　　　　　　　　　　　　　　　　THOMAS PATTON,
　　　　　　　　　　　　　　　　　　Federal Public Defender,

　　　　　　　　　　　　　　　　　　s/Johanes C. Maliza
　　　　　　　　　　　　　　　　　　Johanes Maliza (6323056)
　　　　　　　　　　　　　　　　　　Office of the Federal Public Defender
　　　　　　　　　　　　　　　　　　600 E. Adams, Third Fl.
　　　　　　　　　　　　　　　　　　Springfield, IL 62701
　　　　　　　　　　　　　　　　　　Telephone:　217-492-5070
　　　　　　　　　　　　　　　　　　Facsimile:　217-492-5077
　　　　　　　　　　　　　　　　　　E-Mail:　　johanes_maliza@fd.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              s/ Johanes C. Maliza